| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| In Re: |

Case No.: _____

Chapter: _____

Judge: _____

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: _____

This will confirm that on _____ the following document(s) was filed by you.

☐   Amendment to Schedule(s) _____,

☐   Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☐   A Declaration About an Individual Debtor's Schedules

☐   An updated Summary of Your Assets and Liabilities and Certain Statistical Information if necessary

☐   Declaration Under Penalty of Perjury for Non-Individual Debtors

☐   An updated Summary of Assets and Liabilities for Non-Individuals if necessary

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: _____         James J. Waldron, Clerk

*new.12.1.15*