

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

  Charles Vines

Case No.:    14-34060

Chapter:    7

Judge:    ABA

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: July 28, 2016               /s/ Andrew B Altenburg Jr.
                                            Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ___E/F___ or to the List of Creditors on ___7/27/2016___ that:

- ☐ Deletes a creditor or creditors
- ☐ Modifies a previously listed creditor or creditor information
- ☒ Adds a creditor or creditors
- ☐ Modifies the list of parties to contracts or leases
- ☐ Modifies the list of co-debtors

and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) who is being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* ___7___ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.12/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-34060-ABA
Charles Vines                                                           Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin            Page 1 of 1          Date Rcvd: Jul 28, 2016
                          Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2016.
db              +Charles Vines,   11 Ravenwood Drive,   Egg Harbor Township, NJ 08234-6521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2016 at the address(es) listed below:
     Brian  Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
     Brian C. Nicholas    on behalf of Creditor   PNC Bank, National Association, as successor by merger to National City Mortgage a division of National City Bank bnicholas@kmllawgroup.com
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
     Joshua I. Goldman    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
     Thomas E. Dowey    on behalf of Debtor Charles  Vines tdesquire@hotmail.com
                                                                             TOTAL: 6