UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Charles Vines

Case No.: 14-34060
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__Brian S. Thomas__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse |
| | 401 Market Street |
| | Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __10/11/16__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 11 Ravenwood Drive |
| | Egg Harbor Township, NJ |
| | Value $203,403. |

| Liens on property: | PNC Mortgage |
| | $309,329. |

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

```
                         United States Bankruptcy Court
                             District of New Jersey
In re:                                                           Case No. 14-34060-ABA
Charles Vines                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin                Page 1 of 2       Date Rcvd: Sep 09, 2016
                             Form ID: pdf905            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
db             +Charles Vines,   11 Ravenwood Drive,   Egg Harbor Township, NJ 08234-6521
515196745     ++ALANTIC CITY ELECTRIC,   BANKRUPTCY DEPARTMENT MAIL STOP 84CP42,   5 COLLINS DRIVE SUITE 2133,
                 CARNEYS POINT NJ 08069-3600
               (address filed with court:   Atlantic City Electric,   Corporate Offices,   PO Box 231,
                 Wilmington, DE  19899-0231)
515196744      +At T Mobility,   C/O MRS BPO,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
515196747      +Capital One Auto Finance,   Po Box 259407,   Plano, TX 75025-9407
515201260      +Credit Acceptance,   25505 W 12 Mile Rd #3000,   Southfield MI 48034-8331
515196748      +Credit Acceptance Corporation,   PO Box 5070,   Southfield, MI 48086-5070
516307882      +Eastern Dental C/O,   Transnational Limited LLC,   1162 St. Georges Ave. Suite 279,
                 Avenel, N.J 07001-1263
516307883      +Jersey Urology Group C/O,   Apex Asset Management LLC,   2501 Oregon Pike, Suite 102,
                 Lancaster, PA 17601-4890
515438229      +PNC Bank, National Association,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
515196750      +PNC Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
515196751      +South Jersey Gas Co.,   Customer Care Center,   PO Box 577,   Hammonton, NJ 08037-0577
515196752      +Verizon,   C/O Afni,   Po Box 3097,   Bloomington, IL 61702-3097
515196753       Zucker Goldberg & Ackerman,   200 Sheffield St, Ste 101, Po Box 1024,
                 Mountainside, NJ  07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2016 23:18:29     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2016 23:18:27     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515423857      +E-mail/Text: g20956@att.com Sep 09 2016 23:19:00     AT&T Mobility II LLC,
                 % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
515281657       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2016 23:28:41
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
515234627       E-mail/Text: bankruptcy@pepcoholdings.com Sep 09 2016 23:18:10
                 Atlantic City Electric Company,   Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
515196746      +E-mail/Text: banko@berkscredit.com Sep 09 2016 23:18:07     Atlanticare Surgery Center,
                 C/O Berks Credit And Collections,   900 Corporate Dr,   Reading, PA 19605-3340
515247249      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 09 2016 23:35:44
                 Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
515208077      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 09 2016 23:35:44
                 Capital One Auto Finance, a division of Capital On,   P.O. Box 201347,
                 Arlington, TX 76006-1347
515196749      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 09 2016 23:18:25     Midland Credit Management,
                 8875 Aero Drive, Ste 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                           Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                 Page 2 of 2                   Date Rcvd: Sep 09, 2016
                              Form ID: pdf905             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
          Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
          Brian C. Nicholas    on behalf of Creditor    PNC Bank, National Association, as successor by
           merger to National City Mortgage a division of National City Bank bnicholas@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Thomas E. Dowey    on behalf of Debtor Charles   Vines tdesquire@hotmail.com
                                                                                             TOTAL: 7
```