**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Charles Vines** | Social Security number or ITIN **xxx–xx–7836** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | |
| Case number: | **14–34060–ABA** | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles Vines

10/21/16                                                **By the court:**   Andrew B. Altenburg Jr.
                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318            **Order of Discharge**                    page 2

```
United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-34060-ABA
Charles Vines                                                       Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 2        Date Rcvd: Oct 21, 2016
                             Form ID: 318             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
db             +Charles Vines,    11 Ravenwood Drive,    Egg Harbor Township, NJ 08234-6521
515196745     ++ALANTIC CITY ELECTRIC,    BANKRUPTCY DEPARTMENT MAIL STOP 84CP42,    5 COLLINS DRIVE SUITE 2133,
                 CARNEYS POINT NJ 08069-3600
               (address filed with court:   Atlantic City Electric,    Corporate Offices,    PO Box 231,
                 Wilmington, DE  19899-0231)
515196744      +At T Mobility,    C/O MRS BPO,   1930 Olney Ave,    Cherry Hill, NJ 08003-2016
515196747      +Capital One Auto Finance,    Po Box 259407,   Plano, TX 75025-9407
515201260      +Credit Acceptance,    25505 W 12 Mile Rd #3000,    Southfield MI 48034-8331
515196748      +Credit Acceptance Corporation,    PO Box 5070,    Southfield, MI 48086-5070
516307882      +Eastern Dental C/O,    Transnational Limited LLC,    1162 St. Georges Ave. Suite 279,
                 Avenel, N.J 07001-1263
516307883      +Jersey Urology Group C/O,    Apex Asset Management LLC,    2501 Oregon Pike, Suite 102,
                 Lancaster, PA 17601-4890
515438229      +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
515196750      +PNC Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
515196751      +South Jersey Gas Co.,    Customer Care Center,    PO Box 577,   Hammonton, NJ 08037-0577
515196753      #Zucker Goldberg & Ackerman,    200 Sheffield St, Ste 101, Po Box 1024,
                 Mountainside, NJ  07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM Oct 21 2016 23:23:00      Brian Thomas,   Brian Thomas, Esq,
                 327 Central Avenue,   Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 21 2016 23:33:38      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 21 2016 23:33:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515423857      +EDI: CINGMIDLAND.COM Oct 21 2016 23:23:00      AT&T Mobility II LLC,   % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
515281657       EDI: AIS.COM Oct 21 2016 23:23:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
515234627       E-mail/Text: bankruptcy@pepcoholdings.com Oct 21 2016 23:33:19
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
515196746      +E-mail/Text: banko@berkscredit.com Oct 21 2016 23:33:16      Atlanticare Surgery Center,
                 C/O Berks Credit And Collections,    900 Corporate Dr,   Reading, PA 19605-3340
515247249      +EDI: AISACG.COM Oct 21 2016 23:23:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 201347,   Arlington, TX 76006-1347
515247249      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 21 2016 23:41:26
                 Capital One Auto Finance,   c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515208077      +EDI: AISACG.COM Oct 21 2016 23:23:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 201347,   Arlington, TX 76006-1347
515208077      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 21 2016 23:41:27
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515196749      +EDI: MID8.COM Oct 21 2016 23:23:00      Midland Credit Management,    8875 Aero Drive, Ste 200,
                 San Diego, CA 92123-2255
515196752      +EDI: VERIZONCOMB.COM Oct 21 2016 23:18:00      Verizon,   C/O Afni,   Po Box 3097,
                 Bloomington, IL 61702-3097
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
aty*           +Brian Thomas,   Brian Thomas, Esq,    327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1           User: admin              Page 2 of 2            Date Rcvd: Oct 21, 2016
                               Form ID: 318             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:
          Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
          Brian C. Nicholas    on behalf of Creditor    PNC Bank, National Association, as successor by
           merger to National City Mortgage a division of National City Bank bnicholas@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Thomas E. Dowey    on behalf of Debtor Charles   Vines tdesquire@hotmail.com
                                                                                             TOTAL: 7
```